**Petition for Writ of Mandamus Denied and Opinion filed October 25, 2016.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-16-00601-CV

## IN RE VALERO REFINING-TEXAS, LP AND VALERO REFINING CO. TEXAS, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-49459**

## MEMORANDUM OPINION

On July 29, 2016, relators Valero Refining-Texas, LP and Valero Refining Co. Texas filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable William R. Burke, Jr., presiding judge of the 189th District Court of Harris County, to (1) vacate his July 1, 2016 order denying

relators' motion to compel discovery, and (2) allow relators discovery of the portions of the 2013 and 2014 appraisal reports of four refineries that have not been produced.

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Relators have not established that they are entitled to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.